UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOYCE HICKS *and* STEPHEN GOLDBERGER,
*Individually and on Behalf of All Others Similarly Situated,*

                        Plaintiffs,

-v-

HEARST COMMUNICATIONS, INC.

                        Defendant.

21 Civ. 9093 (PAE)

ORDER

---

DAWN BEGIN, *Individually and on Behalf of All Others Similarly Situated,*

                        Plaintiff,

-v-

HEARST COMMUNICATIONS, INC.

                        Defendant.

21 Civ. 9224 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received plaintiffs' motions to consolidate the two above-captioned cases and to appoint interim class counsel. The Court directs defendant to file a short letter by December 14, 2021, stating its position on consolidating these two cases. The Court will then resolve plaintiffs' motions to consolidate and appoint interim class counsel.

      SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: December 9, 2021
          New York, New York