UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANI ANDERSON, BARBARA LEACH, CATHY MCGRUDER, DWANA ESLINGER, JUDITH SHAW, KIMBERLY LANTZ, LAUREN SANDBERG, NICKI MAHOOD, REBECCA VENABLE, and SHIRLEY COLLAZO, individually and on behalf of all others similarly situated, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>        Defendant. | ORDER AND STIPULATION TO CONSOLIDATION<br><br>Case No. 21-cv-08895-RA |
| JOAN BURKE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>       Defendant. | Case No. 21-cv-08994-ER |
| MARIBEL RAMIREZ and MARICARMEN OCASIO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>       Defendant. | Case No. 21-cv-09109-LGS |
| JOYCE HICKS and STEPHEN GOLDBERGER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff, | Case No. 21-cv-09093-PAE |

| | |
|---|---|
| v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>　　　　　Defendant. | |
| BELINDA POWERS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-09198-PAE |
| DAWN BEGIN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-09224-PAE |
| CATHY RICKETTS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-09278-PAE |
| MAGDA LOPEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v. | Case No. 21-cv-09334-LGS |

| | |
|---|---|
| HEARST COMMUNICATIONS, INC., <br><br>      Defendant. | |
| WILLIAM MARTIN, individually and on behalf of all others similarly situated, <br><br>      Plaintiff, <br>v. <br><br>HEARST COMMUNICATIONS, INC., <br><br>      Defendant. | Case No. 21-cv-09624-ER |

Plaintiffs Tiffani Anderson, Barbara Leach, Cathy McGruder, Dwana Eslinger, Judith Shaw, Kimberly Lantz, Lauren Sandberg, Nicki Mahood, Rebecca Venable, Shirley Collazo, Joan Burke, Maribel Ramirez, Maricarmen Ocasio, Joyce Hicks, Stephen Goldberger, Belinda Powers, Dawn Begin, Cathy Ricketts, Magda Lopez, and William Martin (collectively, "Plaintiffs") and Defendant Hearst Communications, Inc. ("Hearst" and together with Plaintiffs "the Parties") hereby stipulate as follows:

1.     On October 29, 2021, Plaintiff Anderson initiated her action against Hearst pursuant to the Alabama's Right of Publicity Act, Ala. Code § 6-5-770, *et seq.* with a Class Action Complaint. *Anderson v. Hearst Communications, Inc.*, Case No. 21-cv-08895-RA, Dkt. No. 1 (S.D.N.Y.).

2.     On November 3, 2021, Plaintiff Burke initiated her action against Hearst pursuant to California's Right of Publicity Law, Cal. Civ. Code § 3344, *et seq.*, with a Class Action Complaint. *Burke v. Hearst Communications, Inc.*, Case No. 21-cv-08994-ER, Dkt. No. 4 (S.D.N.Y.).

3

3. On November 3, 2021, Plaintiffs Ramirez and Ocasio initiated their action against Hearst pursuant to Puerto Rico's Right of Publicity Act, 32 L.P.R. § 3151, *et seq.,* with a Class Action Complaint. *Ramirez, et. al. v. Hearst Communications, Inc.,* No. 21-cv-09109-LGS, Dkt. No. 1 (S.D.N.Y.).

4. On November 3, 2021, Plaintiffs Hicks and Goldberger initiated their action against Hearst pursuant to Ohio's Right of Publicity Law, Ohio Rev. Code Ann. § 2741, *et seq.*, with a Class Action Complaint. *Hicks, et. al. v. Hearst Communications, Inc.,* No. 21-cv-09093-PAE, Dkt. No. 1 (S.D.N.Y.).

5. On November 8, 2021, Plaintiff Powers initiated her action against Hearst pursuant to South Dakota's Right of Publicity Law, S.D. Codified Laws § 21-64-1, *et seq.*, with a Class Action Complaint. *Powers v. Hearst Communications, Inc.*, No. 21-cv-09198-PAE, Dkt. No. 1 (S.D.N.Y.).

6. On November 8, 2021, Plaintiff Begin initiated her action against Hearst pursuant to Ohio's Right of Publicity Law, Ohio Rev. Code Ann. § 2741, *et seq.*, with a Class Action Complaint. *Begin v. Hearst Communications, Inc.*, No. 21-cv-09224-UA, Dkt. No. 1 (S.D.N.Y.).

7. On November 9, 2021, Plaintiff Ricketts initiated her action against Hearst pursuant to South Dakota's Right of Publicity Law, S.D. Codified Laws § 21-64-1, *et seq.*, with a Class Action Complaint. *Ricketts v. Hearst Communications, Inc.*, No. 21-cv-09278-PAE, Dkt. No. 1 (S.D.N.Y.).

8. On November 11, 2021, Plaintiff Lopez initiated her action against Hearst pursuant to Puerto Rico's Right of Publicity Act, 32 L.P.R. § 3151, *et seq.*, with a Class Action Complaint. *Lopez v. Hearst Communications, Inc.,* No. 21-cv-09334-LGS, Dkt. No. 1 (S.D.N.Y.).

9. On November 19, 2021, Plaintiff Martin initiated his action against Hearst pursuant to California's Right of Publicity Law, Cal. Civ. Code § 3344, *et seq.*, with a Class Action Complaint. *Martin v. Hearst Communications, Inc.*, No. 21-cv-09624-ER-GWG, Dkt. No. 1 (S.D.N.Y.).

10. On December 7, 2021, Plaintiff Anderson amended her complaint to add Plaintiffs Leach, McGruder, Eslinger, Shaw, Lantz, Sandberg, Mahood, Venable, and Collazo, and to bring claims pursuant to Right of Publicity statutes for Alabama, California, Hawaii, Indiana, Nevada, Ohio, Puerto Rico, South Dakota, and Washington. *See Anderson*, Case No. 21-cv-08895-RA at Dkt. No. 26; *see also* Ala. Code § 6-5-770l; Cal. Civ. Code § 3344; Haw. Rev. Stat. Ann. § 482P-1; IC 32-26-1-1; Nev. Rev. Stat. Ann. § 597.770; Ohio Rev. Code Ann. § 2741.01; 32 L.P.R. § 3151; S.D. Codified Laws § 21-64-1; RCW 63.60.010.

11. After meeting and conferring, counsel for Plaintiffs and counsel for Hearst have agreed that the *Anderson*, *Burke*, *Ramirez*, *Hicks*, *Powers*, *Begin*, *Ricketts*, *Lopez*, and *Martin* actions should be consolidated for pretrial purposes before Judge Abrams who is presiding over *Anderson*, given that *Anderson* is the first-filed action. Specifically, the Parties agree that each of the cases under this stipulation asserts claims against Hearst under a state right-of-publicity statute targeting the same central facts. While the statutes are not identical, and there may be factual issues and defenses unique to certain plaintiffs, the statutes are substantially similar and will include overlapping issues of law and overlapping (if not identical) discovery from Hearst.

12. Accordingly, the Parties hereby stipulate to the consolidation of the *Anderson*, *Burke*, *Ramirez*, *Hicks*, *Powers*, *Begin*, *Ricketts*, *Lopez*, and *Martin* actions.

13. The Parties further stipulate that the consolidated actions should be re-captioned as the following:

5

| *In re Hearst Communications State Right of Publicity Statute Cases* | Case No. 21-cv-08895-RA |
|---|---|

14. The Parties further stipulate to the following case schedule:

a. Plaintiffs shall file a Consolidated Amended Class Action Complaint on or before January 14, ~~2021~~ 2022;

b. Hearst shall answer or otherwise respond to the Consolidated Amended Class Action Complaint on or before 30 days from the filing of the Consolidated Amended Class Action Complaint [];

c. Plaintiffs shall file any opposition on or before 30 days from the filing of any motion to dismiss.

d. Hearst shall file any reply on or before 20 days from filing of Plaintiffs' opposition.

e. All other deadlines, conferences, and/or hearings shall be vacated.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD FOR PLAINTIFFS.**

Dated: December 20, 2021                                                 Respectfully submitted,

_____          _____          _____
Philip L. Fraietta                                Frank S. Hedin                                Andrea R. Butler

| **BURSOR & FISHER, P.A.** | **HEDIN HALL LLP** | **THE HEARST CORPORATION OFFICE OF GENERAL COUNSEL** |
| Philip L. Fraietta | Frank S. Hedin* | Jonathan R. Donnellan |
| Julian C. Diamond | Arun G. Ravindran | Andrea R. Butler |
| 888 Seventh Avenue | 1395 Brickell Avenue, Suite 1140 | Stephen Yuhan |
| New York, NY 10019 | Miami, FL 33131 | 300 West 57th Street, 40th Floor |
| Telephone: (646) 837-7150 | Telephone: (305) 357-2107 | New York, NY 10019 |
| Facsimile: (212) 989-9163 | Facsimile: (305) 200-8801 | |
| pfraietta@bursor.com | fhedin@hedinhall.com | |
| jdiamond@bursor.com | aravindran@hedinhall.com | |

| | | |
|---|---|---|
| **EDELSON PC**<br>Ari J. Scharg*<br>Benjamin Thomassen*<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378<br>ascharg@edelson.com<br><br>bthomassen@edelson.com<br>*Pro Hac Vice Application Forthcoming<br><br>*Attorneys for Tiffani Anderson, Barbara Leach, Cathy McGruder, Dwana Eslinger, Judith Shaw, Kimberly Lantz, Lauren Sandberg, Nicki Mahood, Rebecca Venable, Shirley Collazo* | *Pro Hac Vice Application Forthcoming<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Erin Green Comite<br>Thomas L. Laughlin, IV<br>Sean T. Masson<br>Carey Alexander<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-4478<br>Facsimile: (212) 233-6334<br>ecomite@scott-scott.com<br>tlaughlin@scott-scott.com<br>smasson@scott-scott.com<br>calexander@scott-scott.com<br><br>*Attorneys for Joan Burke, Maribel Ramirez, Maricarmen Ocasio, Joyce Hicks, Stephen Goldberger, Belinda Powers, Dawn Begin, Cathy Ricketts, Magda Lopez, and William Martin* | Telephone: (212) 649-2484<br>Facsimile: (212) 554-7000<br>jdonnellan@hearst.com<br>abutler@hearst.com<br>syuhan@hearst.com<br><br>*Attorneys for Hearst Communications, Inc.* |

SO ORDERED this 4th day of January, 2022.

_____
HON. RONNIE ABRAMS